

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel:  (212) 637-2713
Fax:  (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
HAYDEE FLORES,                  :
                                :
              Plaintiff,        :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   08 Civ. 2810 (PKC)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from June 2, 2008 to and including August 1, 2008.  The reason for the request is to

give the Social Security Administration sufficient time to evaluate its litigation position in this matter. No prior extension has been requested in this case.

Dated:  New York, New York
        May  5 , 2008

*Haydee Flores*
HAYDEE FLORES
Plaintiff pro se
615 West 144th Street
  Apt.#1C
New York, New York  10031
Telephone No.: (212) 368-2610

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York   10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
5-19-08