

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

**MEMO ENDORSED**

July 28, 2008

BY FAX

Honorable P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

Re: Haydee Flores v. Astrue
08 Civ. 2810 (PKC)

Dear Judge Castel:

The Court issued an order in the above-referenced Social Security case requiring the Government to file an answer and move for judgment on the pleadings by August 1, 2008. While we plan to file an answer by the due date, we write respectfully to request, with the consent of plaintiff, who is proceeding pro se, that the briefing schedule for this case be reset as follows: [Government's motion for judgment on the pleadings by September 5, 2008, plaintiff's response to the motion by October 6, 2008, and Government's reply by October 21, 2008] OK We make this request to allow sufficient time for preparation of our papers and to accommodate the vacation schedule of the undersigned. No prior request to adjourn the briefing schedule has been made, although one prior request to adjourn the answer date was granted. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

Orally granted on 7/30/08.

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
8-3-08