

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

September 2, 2008

By Fax
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

    Re:    Haydee Flores v. Commissioner of Social Security
            08 Civ. 2810 (PKC)

Dear Judge Castel:

    The Government's motion for judgment on the pleadings is due by September 5, 2008. Susan Baird, the Assistant United States Attorney assigned to this case, is unexpectedly out of the Office due to a death in her family, and will be unable to file a motion by September 5. The Government respectfully requests that the Court's scheduling order be extended for thirty days as follows: 1) the Government's motion for judgment on the pleadings is due by October 6, 2008; 2) the plaintiff's response is due by November 5, 2008; and 3) the Government's reply is due by November 20, 2008. I telephoned Haydee Flores, who is proceeding pro se, to obtain her consent, but was unable to reach her.

    One previous extension was granted in this case. Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

*[Handwritten endorsement: Application granted. So ordered. [signature] USDJ 9-3-08]*

cc:    Haydee Flores (by first-class mail)
        615 West 144th Street, #1C
        New York, New York 10031